828

No. 206. CARPENTERS UNION, LOCAL 131, ET AL. v. CISCO CONSTRUCTION CO. C. A. 9th Cir. Certiorari denied. *Samuel B. Bassett* for Carpenters Union, Local 131, et al., *L. Presley Gill* for Union of Operating Engineers, Local 302, and *Roy E. Jackson* for International Hod Carriers, Building and Common Laborers' Union of America, Local 440, petitioners. *McDannell Brown* for respondent.

No. 211. SOUTH EAST NATIONAL BANK v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Charles A. Bellows* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 212. MASS COMMUNICATORS, INC., v. FEDERAL COMMUNICATIONS COMMISSION. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Seymour M. Chase* for petitioner. *Solicitor General Rankin, Acting Assistant Attorney General Bicks, Richard A. Solomon, Edgar W. Holtz* and *Max D. Paglin* for respondent. *Harry J. Daly* for Roberts, intervenor below, in opposition.

No. 215. DENTON & ANDERSON CO. ET AL. v. KAVANAGH, ADMINISTRATOR. C. A. 6th Cir. Certiorari denied. *H. H. Hoppe* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice* and *Lee A. Jackson* for respondent.

No. 217. CLINTON FOODS, INC., v. YOUNGS. C. A. 8th Cir. Certiorari denied. *Wayne G. Cook* and *Craig M. Cook* for petitioner. *Ben T. Reidy* for respondent.